UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80186-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ALFREDO MOLINA-AVILES**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 29]. On February 4, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 25] during which Defendant pled guilty to Count Three of the Indictment [ECF No. 13] pursuant to a written plea agreement and factual proffer [ECF No. 26]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count Three of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count Three of the Indictment [ECF No. 29]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 29] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Alfredo Molina-Aviles to Count Three of the Indictment is **ACCEPTED**.

CASE NO. 21-80186-CR-CANNON

3. Defendant Alfredo Molina-Aviles is adjudicated guilty of County Three of the Indictment, which charges him with possession with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts One and Two against the Defendant at sentencing [ECF No. 26 ¶ 2]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 22nd day of February 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record